IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **CARL SCAFURO,** | Case No.: |
| **PLAINTIFF,** | |
| vs. | **COMPLAINT** |
| **CONN CREDIT CORPORATION,** a Texas corporation, and | **JURY TRIAL DEMAND** |
| **KOHL'S DEPARTMENT STORES, INC.,** a Delaware corporation, | |
| **DEFENDANTS.** | |

NOW COMES THE PLAINTIFF, CARL SCAFURO, BY AND THROUGH COUNSEL, CHAD HAMMOND, and for his Complaint against the Defendants, pleads as follows:

## JURISDICTION

1. Jurisdiction of this court arises under 15 U.S.C. §1681p.

2. This is an action brought by a consumer for violation of the Fair Credit Reporting Act (15 U.S.C. §1681, *et seq*. [hereinafter "FCRA"]).

## VENUE

3. Venue is proper in the Eastern District of Texas Sherman Division as the Defendants conduct business in the state of Texas.

## PARTIES

4. Plaintiff is a natural person residing in the city of McKinney, Collin County, Texas.

5. The Defendants to this lawsuit are:

   a. Conn Credit Corporation is a Texas corporation, ("Conn Credit") that may be served with process through its Registered Agent, CT Corporation System, 1999 Bryan St., Suite 900, Dallas TX 75201.

   b. Kohl's Department Stores, Inc. ("Kohl's) is a Delaware corporation that that may be served with process through its Registered Agent, Corporate Creations Network Inc., 5444 Westheimer #1000 Houston, TX 77056.

## GENERAL ALLEGATIONS

6. Kohl's and Conn Credit (collectively "Furnishers") are inaccurately reporting their tradelines ("Errant Tradelines") with erroneous monthly payment amounts on Plaintiff's Trans Union credit disclosure. Specifically, Kohl's is reporting a monthly payment of $335.00 and Conn Credit is reporting a monthly payment of

$180.00. The account reflected by the Errant Tradelines were charged off and closed.  Plaintiff no longer has an obligation to make monthly payments.

7. The Errant Tradelines should be reported by the furnishers with a monthly payment of $0.00. Per credit reporting industry standard and the Credit Reporting Resource Guide, which is the credit reporting manual created by the three major credit bureaus, no furnisher may report a monthly payment on a closed account.

8. On September 27, 2018, Plaintiff obtained his Trans Union credit files and noticed the Errant Tradelines reporting inaccurately with erroneous scheduled monthly payment amounts.

9. On or about October 9, 2018, Plaintiff submitted letter to Trans Union disputing the Errant Tradelines. In his dispute letter, Plaintiff explained that the Errant Tradelines were charged off and closed, and asked Trans Union to report the monthly payment amounts as $0.00.

10. Trans Union forwarded Plaintiff's consumer dispute to the furnishers.

11. The furnishers received Plaintiff's consumer dispute from Trans Union.

12. The furnishers did not consult the Credit Reporting Resource Guide as part of their investigation of Plaintiff's dispute.

13. Plaintiff had not received investigation results from Trans Union.  Therefore, on or about November 21, 2018, Plaintiff obtained his Trans Union credit disclosure

which showed that Trans Union and the furnishers failed or refused to report the monthly payments amount as $0.00.

14. As a direct and proximate cause of the Defendants' negligent and/or willful failure to comply with the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.*, Plaintiff has suffered credit and emotional damages. Plaintiff has also experienced undue stress and anxiety due to Defendants' failure to correct the errors in his credit file or improve his financial situation by obtaining new or more favorable credit terms as a result of the Defendants' violations of the FCRA.

## COUNT I

### NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY KOHL'S

15. Plaintiff realleges the above paragraphs as if recited verbatim.

16. After being informed by Trans Union of Plaintiff's consumer dispute of the Errant Tradeline, Kohl's negligently failed to conduct a proper reinvestigation of Plaintiff's dispute as required by 15 U.S.C. §1681s-2(b).

17. Kohl's negligently failed to review all relevant information available to it and provided by Trans Union in conducting its reinvestigation as required by 15 U.S.C. §1681s-2(b), and failed to direct Trans Union to report the monthly payment amount as $0.00 in the Errant Tradeline.

18. The Errant Tradeline is inaccurate and creates a misleading impression on Plaintiff's consumer credit file with Trans Union to which it is reporting such Tradeline.

19. As a direct and proximate cause of Kohl's negligent failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

20. Kohl's is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with reasonable attorneys' fees pursuant to 15 U.S.C. §1681o.

21. Plaintiff has a private right of action to assert claims against Kohl's arising under 15 U.S.C. §1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against the Defendant Kohl's for damages, costs, interest, and attorneys' fees.

## COUNT II

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY KOHL'S

22. Plaintiff realleges the above paragraphs as if recited verbatim.

23. After being informed by Trans Union that Plaintiff disputed the accuracy of the information it was providing, Kohl's willfully failed to conduct a proper

reinvestigation of Plaintiff's dispute, and willfully failed to direct Trans Union to report the monthly payment amount as $0.00 in the Errant Tradeline.

24. Kohl's willfully failed to review all relevant information available to it and provided by Trans Union as required by 15 U.S.C. §1681s-2(b).

25. As a direct and proximate cause of Kohl's willful failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

26. Kohl's is liable to Plaintiff for either statutory damages or actual damages he has sustained by reason of its violations of the FCRA in an amount to be determined by the trier of fact, together with an award of punitive damages in the amount to be determined by the trier of fact, as well as for reasonable attorneys' fees he may recover pursuant to 15 U.S.C. §1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against the Defendant Kohl's for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

### COUNT III

**NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY CONN CREDIT**

27. Plaintiff realleges the above paragraphs as if recited verbatim.

28. After being informed by Trans Union of Plaintiff's consumer dispute of the Errant Tradelines, Conn Credit negligently failed to conduct a proper investigation of Plaintiff's dispute as required by 15 U.S.C. §1681s-2(b).

29. Conn Credit negligently failed to review all relevant information available to it and provided by Trans Union in conducting its reinvestigation as required by 15 U.S.C. §1681s-2(b), and failed to direct Trans Union to report the monthly payment amount as $0.00 in the Errant Tradelines.

30. The Errant Tradelines are inaccurate and create misleading impressions on Plaintiff's consumer credit files with Trans Union to which it is reporting such Tradelines.

31. As a direct and proximate cause of Conn Credit's negligent failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

32. Conn Credit is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with reasonable attorneys' fees pursuant to 15 U.S.C. §1681o.

33. Plaintiff has a private right of action to assert claims against Conn Credit arising under 15 U.S.C. §1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against the Defendant Conn Credit for damages, costs, interest, and attorneys' fees.

## COUNT IV

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY CONN CREDIT

34. Plaintiff realleges the above paragraphs as if recited verbatim.

35. After being informed by Trans Union that Plaintiff disputed the accuracy of the information it was providing, Conn Credit willfully failed to conduct a proper reinvestigation of Plaintiff's dispute, and willfully failed to direct Trans Union to report the monthly payment amount as $0.00 in the Errant Tradeline.

36. Conn Credit willfully failed to review all relevant information available to it and provided by Trans Union as required by 15 U.S.C. §1681s-2(b).

37. As a direct and proximate cause of Conn Credit's willful failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

38. Conn Credit is liable to Plaintiff for either statutory damages or actual damages he has sustained by reason of its violations of the FCRA in an amount to be determined by the trier of fact, together with an award of punitive damages in the amount to be determined by the trier of fact, as well as for reasonable attorneys' fees he may recover pursuant to 15 U.S.C. §1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants him a judgment against the Defendant Conn Credit for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

### JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: February 24, 2020

By: */s/ Chad Hammond*
Chad Hammond
Attorney at Law
Hammond Law
Texas State Bar No. 00793128
City Centre One, Suite 500
800 Town and Country Blvd.
Houston, TX 77024
Telephone: 346-326-9225
Facsimile: 346-326-9201
Email: intake.hmmd@gmail.com
www.hmmdlaw.com

Case 4:20-cv-00123-SDJ-CAN Document 1 Filed 02/24/20 Page 10 of 10 PageID #: 10